**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

KEITH SILFIES,

           Appellant

        v.

PENNSYLVANIA DEP'T OF
CORRECTIONS,

           Appellee

:  No. 41 MAP 2020
:
:  Appeal from the Order of the
:  Commonwealth Court at No. 59 MD
:  2020 dated May 27, 2020
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**                                **DECIDED:  April 29, 2021**

      **AND NOW,** this 29th day of April, 2021, Appellant's "Application for Leave to File Addendum to Reply Brief" is **GRANTED**, and the Order of the Commonwealth Court is **AFFIRMED**.